## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:24-cr-00003 |
| | ) |
| **LORENZO ORTIS CHARLES** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

    **THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated April 24, 2024, ECF No. 27, recommending that the Defendant's plea of guilty to Count One of the Information, a violation of 8 U.S.C. §1324(a)(1)(A)(i), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

    **ORDERED** that the Report and Recommendation, ECF No. 27, is **ADOPTED;** it is further

    **ORDERED** that Defendant Lorenzo Ortis Charles' plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Lorenzo Ortis Charles is adjudged **GUILTY** on that count; it is further

    **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

    **ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **June 10, 2024;** it is further

    **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **June 21, 2024;** it is further

    **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **July 10, 2024;** it is further

    **ORDERED** that the parties shall file their sentencing memoranda no later than **July 31, 2024;** it is further

*United States v. Charles*
Case No. 3:24-cr-00003
Order
Page **2** of **2**

   **ORDERED** that a sentencing hearing shall be held on **August 15, 2024, at 9:00 A.M. in STT Courtroom No. 1.**

**Dated:** May 10, 2024                 */s/ Robert A. Molloy*
                           **ROBERT A. MOLLOY**
                           **Chief Judge**